# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

HERBERT MANYGOAT,

    Plaintiff,

v.                                                No. CV 19-960 RB/CG

KENNETH R. HEINMAN,
et al.,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b)

**THIS MATTER** is before the Court on Plaintiff Herbert Manygoat's *Application for Leave to Proceed Pursuant to 28 U.S.C. § 1915* (the "Application"), (Doc. 2), filed October 11, 2019. The Court, having reviewed the Application and the relevant law, finds the Application is well-taken and shall be **GRANTED**.

Because the Court grants the Application, the filing fee for this civil rights complaint is $350.00. Based on the information about Mr. Manygoat's financial status, (Doc. 2 at 2-3), the Court will waive an initial partial payment pursuant to § 1915(b)(1). Mr. Manygoat is still required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this Order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that the initial payment is **WAIVED** and Mr. Manygoat shall file monthly financial certificates and make monthly payments of twenty percent (20%) of the preceding month's income credited to his account until the fee is paid or show cause why the payment should be excused.

1

**IT IS FURTHER ORDERED** that the Clerk provide Mr. Manygoat two copies of the post-filing financial certificate.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE